DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LESA MARIA MARTINO,

Appellant,

v.

TRACI SAMUEL a/k/a TRACI HUDSON (incarcerated felon, JOHN F. HAYTER, ESQ.,

Appellees.

No. 2D2024-2938

_____

October 17, 2025

Appeal from the Circuit Court for Hillsborough County; Lindsay M. Alvarez, Judge.

Lesa Maria Martino, pro se.

No appearance by Appellees.

PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.